UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-24 RM |
| ) | |
| JAIME ALBERTO CRUZ-FLORES (01) ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 10, 2009 [Doc. No. 39]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jaime Alberto Cruz-Flores' plea of guilty, and FINDS the defendant guilty of Count 4 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  June 29, 2009 

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court